**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-01769-REB-OES

ROSE MARIE HOLM,

     Plaintiff,

v.

AUDIT SYSTEMS, INC., a Florida corporation,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On November 25, 2005, the plaintiff filed an **Unopposed Motion to Dismiss With Prejudice** [#4].  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion to Dismiss With Prejudice** [#4], filed on November 25, 2005, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 28, 2005, at Denver, Colorado.

                         BY THE COURT:

                         s/ Robert E. Blackburn
                         Robert E. Blackburn
                         United States District Judge